# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANJLO CARVAJALES,<br><br>        Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>        Defendant. | Case No. 1:18-cv-01579-AWI-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER<br><br>(ECF No. 2)<br><br>**THIRTY (30) DAY DEADLINE** |

        Plaintiff Dianjlo Carvajales ("Plaintiff"), a state prisoner proceeding pro se, filed this action against the Internal Revenue Service on November 16, 2018 (ECF No. 1), together with an application requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

        A prisoner who brings a civil action is obligated to pay the statutory filing fee and must make monthly payments in the amount of twenty (20) percent of the preceding month's income credited to his prison trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of the prisoner must forward payments from the prisoner's trust account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fees are paid. *Id*. Here, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) which indicates that he is currently incarcerated at Pleasant Valley State Prison. However, Plaintiff's application does not indicate whether he authorizes the collection of payments from his prison

1

trust account in accordance with 28 U.S.C. § 1915(b)(2).

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed In Forma Pauperis by a Prisoner. Plaintiff must adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and submit the Application to Proceed In Forma Pauperis by a Prisoner, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED, without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed In Forma Pauperis by a Prisoner to Plaintiff;
2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the filing fee for this action, or (2) complete and file an Application to Proceed In Forma Pauperis by a Prisoner; and
3. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: **January 17, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE